IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| TYRONE A. ELROD, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 2:10-CV-00098-RWS |
| CHASE HOME FINANCE, | : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of the Final Report and Recommendation [12] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) and L.R. 41.3A(2), N.D. Ga. for Plaintiff's failure to prosecute this action and for his repeated failure to comply with the rules and orders of the Court.

**SO ORDERED**, this  5th  day of November, 2010.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)